Dismissed and Memorandum Opinion filed August 24, 2006












Dismissed
and Memorandum Opinion filed August 24, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-05-00068-CV

____________

 

LOIS YVONNE RUSSELL, Individually and
as Personal Representative of the Heirs and Estate of JAMES ROBERT RUSSELL,
Deceased, Appellant

 

V.

 

AMOCO PRODUCTION COMPANY,
Erroneously Sued as AMOCO PRODUCTION COMPANY and BP AMOCO CORPORATION
(including BP AMERICA PRODUCTION COMPANY f/k/a AMOCO PRODUCTION COMPANY,
Erroneously Sued as AMOCO CHEMICAL COMPANY and BP AMOCO COMPANY),
Appellee

 





 

On Appeal from the 269th District Court

Harris County, Texas

Trial Court Cause No. 02-60587-A

 





 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 21, 2004.  On August 11, 2006,
the parties filed a joint motion to dismiss because the case has been settled. See
Tex. R. App. P. 42.1.  The
motion is granted.

Accordingly,
the appeal is ordered dismissed.

 

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed August
24, 2006.

Panel consists of Justices Anderson, Edelman, and Frost.